**HIGHLAND MILK CONDENSING COMPANY, a Corporation, v. UNITED STATES.**
**No. E-588.**

Court of Claims.
April 7, 1930.

G. M. Owlett, of Wellsboro, Pa. (Crichton & Owlett, of Wellsboro, Pa., on the brief), for plaintiff.

Percy M. Cox, of Washington, D. C., and Herman J. Galloway, Asst. Atty. Gen., for the United States.

### Memorandum.

PER CURIAM.

This is a companion case to Helvetia Milk Condensing Co., Inc., v. United States, 39 F. (2d) 1012, this day decided, and is controlled by the conclusion in that case. The two cases were argued and submitted together.

WILLIAMS and LITTLETON, Judges did not hear this case and took no part in its decision.